# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | NO. 6:21-CR-00082-JDK-JDL-1 |
| KYNDALL DY'CHRISTOPHER WALLACE | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report and Recommendation of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of this action, has been presented for consideration. The parties have waived their right to objections.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation as the findings and conclusions of this Court and **ORDERS** that Defendant Kyndall Dy'Christopher Wallace be sentenced to eight months imprisonment followed by a one year period of supervised release. This sentence consists of the previous supervised release conditions, with the additional pre-release condition that Defendant will reside in a residential reentry center or similar facility for 180 days after being released from confinement. The Court recommends that Defendant serve his sentence at FCI Seagoville or FCI Texarkana, if available. If the

1

Bureau of Prisons determines that Defendant is medium risk, the Court recommends that Defendant serve his sentence at FCI Pollock, if available.

So **ORDERED** and **SIGNED** this **26th** day of **September, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE